UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

------------------------------------X
DOMINIC M. FRANZA, 92A3659,

      Petitioner,

  -against-

JAMES STINSON, Superintendent,

      Respondent.

------------------------------------

NOTICE OF MOTION

98 Civ. 5484
(LAK)(AJP)

PLEASE TAKE NOTICE, that upon the annexed affidavit in support, and memorandum of law in support, Petitioner Dominic M. Franza, will move this Court before the Hon. Lewis A. Kaplan (U.S.D.J.) for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, N.Y., at a date and time to be determined by the Court, for an Order, pursuant to Fed R. Civ. P. 60(b)(4), vacating the Court's June 30th, 1999 Order and Judgment denying habeas relief, and for such and further relief as the Court deem just and proper under the circumstances.

Dated: June 3rd, 2020

Respectfully, submitted

Dominic M. Franza
92A3659
Fishkill Corr. Facility
P.O. Box 1245
Beacon, N.Y. 12508

*Motion denied. It is virtually and utterly lacking in merit.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

2/22/21

[RECEIVED JUN 0 9 2020 U.S.D.C. WP]